1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERELL JONES,                                      No. C 20-8229 WHA (PR)

                    Plaintiff,                     **ORDER OF DISMISSAL**

        v.

WARDEN,

                    Defendant.
_____/

    The clerk opened this civil rights case based upon a letter by plaintiff, a California prisoner proceeding pro se, complaining about the conditions of his confinement.  The clerk informed plaintiff that in order to proceed, he would need to file a form civil rights complaint and either pay the filing fee or file a motion for leave to proceed in forma pauperis.  In response, plaintiff has written a letter explaining that he did not intend to file a civil rights action and that he is not ready to proceed with his claims in federal court because he has not yet exhausted his administrative remedies.  Good cause appearing, the case is **DISMISSED** without prejudice as having been opened in error.  No fee is due.

    The clerk shall enter judgment and close the file.

    **IT IS SO ORDERED.**

Dated: February ___9___, 2021.                    _____
                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE